UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. David M. Sergeant                             Docket No. 5:14-MJ-2239-1

**Petition for Action on Probation**

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of David M. Sergeant, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge on April 8, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is supervised in the District of Colorado by U.S. Probation Officer Lori Cross. Officer Cross reports that the defendant reported for his intake appointment on April 15, 2015, and admitted to using marijuana just prior to being placed on probation. In order to test more frequently for illicit drug use, Officer Cross has requested that the conditions of supervision be modified to include a drug abuse testing program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall participate in a program of testing for drug abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2537 |
| | Executed On: April 27, 2015 |

**ORDER OF THE COURT**

Considered and ordered this __28th__ day of __April__, 2015 and ordered filed and made a part of the records in the above case.

_Robert T. Numbers II_
Robert T. Numbers, II
U.S. Magistrate Judge